## C & P TELEPHONE COMPANY OF MARYLAND v. SUBSEQUENT INJURY FUND

[No. 30, September Term, 1983.]

*Decided October 10, 1983.*

The cause was argued before MURPHY, C. J., and SMITH, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*Philip T. McCusker* for appellant.

*John J. Szymanski, Assistant Attorney General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellee.

PER CURIAM:

The petition for writ of certiorari having been granted, the judgment of the Court of Special Appeals affirming the judgment of the Baltimore City Court in *C & P Telephone Company of Maryland v. Subsequent Injury Fund,* 53 Md. App. 508, 453 A.2d 1243 (1983) is affirmed for the reasons set forth in the opinion of Judge Adkins.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by the petitioner.*